ORIGINAL

JAMES BUSTAMANTE, CA SBN 133675
809 Montgomery, 2nd Floor
San Francisco CA 94133
Telephone: 415/394-3800

Attorney for Defendant
RODNEY ASUEGA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 1 8 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 02-00098 HG |
| Plaintiff, | NOTICE OF CHANGE OF ADDRESS FOR DEFENDANT'S ATTORNEY |
| v. | |
| RODNEY ASUEGA, | |
| Defendant. | |

PLEASE TAKE NOTICE that the new address for defendant's attorney is 809 Montgomery Street, 2nd Floor, San Francisco, California 94133. The telephone is 415/394-3800, and the fax is 415/394-3806. Also, please note that Alexandra Clay is now known by her married name Alexandra Rahn.

Dated: January 17, 2006

_____
JAMES BUSTAMANTE
Attorney for Defendant
RODNEY ASUEGA



PROOF OF SERVICE

The undersigned declares:

I am a citizen of the United States. My business address is 809 Montgomery Street, 2nd Floor, San Francisco, California 94133. I am over the age of eighteen years and not a party to the within action.

On the date set forth below, I caused a true copy of the within

NOTICE OF CHANGE OF ADDRESS FOR DEFENDANT'S ATTORNEY

to be served on the following parties in the following manner:

Mail ____   Overnight mail ____   Personal service ____   Fax __X__

    Tom Brady
    U.S. Attorney's Office
    300 Ala Moana Blvd, Room 6-100
    Honolulu HI 96850
    Tel 808/541-2850
    Fax 808/541-2958

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration is executed on January 17, 2006, at San Francisco, California.