JAMES BUSTAMANTE, CA SBN 133675
809 Montgomery, 2nd Floor
San Francisco CA 94133
Telephone: 415/394-3800

Attorney for Defendant
RODNEY ASUEGA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 2 0 2006

at ___ o'clock and ___ min ___ M
SUE BEITIA, CLERK

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

UNITED STATES OF AMERICA,

        Plaintiff,

     v.

RODNEY ASUEGA,

        Defendant.

_____/

CR 02-00098 HG

SUPPLEMENTAL EXHIBIT IN
SUPPORT OF STIPULATION TO
CONTINUE PRETRIAL CONFERENCE
AND TRIAL DATES

     Defendant Rodney Asuega hereby submits this
supplemental exhibit (attached Exhibit C), a letter from his
Oncologist, Casey O'Connell, MD, in support of the parties'
stipulation to continue pretrial conference and trial dates.

     Dated: January 19, 2006

                   Respectfully submitted,

                   JAMES BUSTAMANTE
                   Attorney for Defendant
                   RODNEY ASUEGA

LAC/USC Medical Center
Department of Oncology
1200 N. State Street
Los Angeles, CA  90033

January 18, 2006

Dear Ms. Rahn:

I am writing on behalf of Rodney Asuega, a 36 year-old gentleman who was diagnosed with Stage III rectal cancer in the setting of ulcerative colitis approximately one year ago in San Francisco, California.  His course there was complicated by a deep venous thrombosis which was treated with an IVC (inferior vena cava) filter.  He presented to our colorectal surgery team in June, 2005 and had complete resection of his tumor.  He was subsequently given adjuvant chemotherapy with infusional 5-fluorouracil, leucovorin and oxaliplatin.  His last treatment was 12/1/05.  He was unable to tolerate further therapy with capecitabine, an oral form of 5-fluorouracil, due to side effects.

At this time, we are awaiting a restaging CT scan of the chest, abdomen and pelvis to determine if there is any evidence of recurrent disease.  This is scheduled for mid-February.  Should there be any evidence of tumor recurrence, we would offer Mr. Asuega further chemotherapeutic options.  According to Dr. Ault, the colorectal surgeon, if the CT scan is negative for evidence of tumor, he will take down the ileostomy.

Per our records, Mr. Asuega is currently taking iron tablets for anemia, benadryl and triamcinolone cream as needed for rash, and vicodin as needed for pain.

Mr. Asuega has given written consent allowing me to share his personal health information with you, his lawyers.

Sincerely,


Casey O'Connell, MD
Fellow, Department of Oncology

PROOF OF SERVICE

The undersigned declares:

I am a citizen of the United States. My business address is 809 Montgomery Street, 2nd Floor, San Francisco, California 94133. I am over the age of eighteen years and not a party to the within action.

On the date set forth below, I caused a true copy of the within

SUPPLEMENTAL EXHIBIT IN SUPPORT OF STIPULATION TO CONTINUE PRETRIAL CONFERENCE AND TRIAL DATES

to be served on the following parties in the following manner:

Mail _____   Overnight mail _____   Personal service _____   Fax _X_

Tom Brady
U.S. Attorney's Office
300 Ala Moana Blvd, Room 6-100
Honolulu HI 96850
Tel 808/541-2850
Fax 808/541-2958

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration is executed on January 19, 2006, at San Francisco, California.