# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

January 30, 2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:        CR. 02-00098HG

CASE NAME:          U.S.A. vs. (01) RODNEY ASUEGA

ATTYS FOR PLA:      Thomas J. Brady

ATTYS FOR DEFT:     James A. Bustamante via telephone
                    (415) 394-3800

INTERPRETER:

JUDGE:   Helen Gillmor              REPORTER:   Stephen Platt

DATE:    January 30, 2006           TIME:       1:30 - 2:00

COURT ACTION:   STATUS CONFERENCE -

Mr. Bustamante participated by telephone.

The defendant is not present.

Mr. Bustamante apprised the Court of the defendant's medical condition. He indicated that the defendant is scheduled for CT scan on February 16, 2006. He requested a continuance of trial to May, 2006. New trial and related dates set.

    JURY SELECTION/TRIAL: May 16, 2006 @ 9:00 a.m.
    FPC before JUDGE GILLMOR: May 10, 2006 @ 8:30 a.m.
    FPC before M.J. KURREN: April 24, 2006 @ 10:00 a.m
    MOTIONS DEADLINE:   April 4, 2006
    RESPONSE DEADLINE: April 18, 2006

The Court finds that the ends of justice served by such an action outweigh the best interest of the public and the defendant in a speedy trial. The Court orders that the period from February 7, 2006 to and including May 16, 2006 be excluded from computation under the Speedy Trial Act as a failure to grant the continuance would unreasonably deny counsel for the defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      Submitted by: David H. Hisashima, Courtroom Manager

cc:     The above-listed attorneys

# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

January 30, 2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:         CR. 02-00098HG

CASE NAME:           U.S.A. vs. (01) RODNEY ASUEGA

ATTYS FOR PLA:       Thomas J. Brady

ATTYS FOR DEFT:      James A. Bustamante via telephone
                     (415) 394-3800

INTERPRETER:

JUDGE:    Helen Gillmor           REPORTER:   Stephen Platt

DATE:     January 30, 2006        TIME:       1:30 - 2:00

COURT ACTION:  STATUS CONFERENCE -

   Mr. Bustamante participated by telephone.

   The defendant is not present.

   Mr. Bustamante apprised the Court of the defendant's medical condition.  He indicated that the defendant is scheduled for CT scan on February 16, 2006.  He requested a continuance of trial to May, 2006.  New trial and related dates set.

   JURY SELECTION/TRIAL: May 16, 2006 @ 9:00 a.m.
   FPC before JUDGE GILLMOR: May 10, 2006 @ 8:30 a.m.
   FPC before M.J. KURREN: April 24, 2006 @ 10:00 a.m
   MOTIONS DEADLINE:   April 4, 2006
   RESPONSE DEADLINE: April 18, 2006

   The Court finds that the ends of justice served by such an action outweigh the best interest of the public and the defendant in a speedy trial.  The Court orders that the period from February 7, 2006 to and including May 16, 2006  be excluded from computation under the Speedy Trial Act as a failure to grant the continuance would unreasonably deny counsel for the defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  Submitted by: David H. Hisashima, Courtroom Manager

cc: The above-listed attorneys