# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

April 24, 2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:	CR. 02-00098HG
CASE NAME:	U.S.A. vs. (01) RODNEY ASUEGA

JUDGE:	Helen Gillmor		REPORTER:

DATE:	April 24, 2006		TIME:

COURT ACTION:		**MINUTE ORDER**

New trial and related dates were given.  Mr. Brady shall submit a stipulation for continuance of trial and related dates and the reasons for such a continuance.

Jury Selection/Trial:	December 5, 2006 @ 9:00 a.m.
FPC - Judge Gillmor:	November 22, 2006 @ 8:30 a.m.
FPC - M.J. Chang:	November 6, 2006 @ 10:00 a.m.
Motions Deadline:	October 24, 2006
Response Deadline:	November 7, 2006

Submitted by: David H. Hisashima, Courtroom Manager