ORIGINAL

JAMES BUSTAMANTE, CA SBN 133675
809 Montgomery, 2nd Floor
San Francisco CA 94133
Tel 415/394-3800
Fax 415/394-3806

Attorney for Defendant
RODNEY ASUEGA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 2 1 2006

at 9 o'clock and 15 min. AM
SUE BEITIA, CLERK

LODGED

AUG 1 7 2006

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RODNEY ASUEGA,

    Defendant.

_____/

CR 02-00098 HG

STIPULATION AND [PROPOSED]
ORDER MODIFYING CONDITIONS
OF RELEASE

IT IS HEREBY STIPULATED AND AGREED, by and between the government, through Assistant United States Attorney Thomas J. Brady, and defendant Rodney Asuega, through attorney James Bustamante, that defendant's conditions of pretrial release be modified to eliminate electronic monitoring while he is an inpatient at the hospital, however upon his release from the hospital that the electronic monitoring condition be reinstated. All other conditions are to remain the same. The reasons for

1

this stipulation are advanced in the accompanying declaration.

_____  
JAMES A. BUSTAMANTE  
Attorney for RODNEY ASUEGA  
Dated: August 16, 2006

_____  
THOMAS J. BRADY  
Assistant U.S. Attorney  
Dated:

ORDER

IT IS SO ORDERED.

_____  
KEVIN S.C. CHANG,  
Magistrate Judge  
U.S. District Court  
Dated:

2