

ORIGINAL

JAMES BUSTAMANTE, CA SBN 133675
809 Montgomery, 2nd Floor
San Francisco CA 94133
Telephone 415/394-3800
Facsimile 415/394-3806

Attorney for Defendant
RODNEY ASUEGA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 02 2006

at __ o'clock and __ min. __M
SUE BEITIA, CLERK

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>RODNEY ASUEGA,<br><br>            Defendant.<br>_____/ | No. CR 02-00098 HG<br><br>DEFENDANT RODNEY ASUEGA'S MOTION TO CONTINUE PRETRIAL MOTIONS, PRETRIAL CONFERENCE AND TRIAL DATES |

　　　　Defendant Rodney Asuega, by and through counsel, will and hereby does move this Court to continue the pretrial motions briefing schedule, pretrial conference and trial dates.

　　　　This motion is predicated on the files and records herein, declaration of counsel filed herewith and attached exhibits, and on any further argument and evidence presented in support of this motion.

　　　　Dated: November 1, 2006

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　JAMES A. BUSTAMANTE
　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　RODNEY ASUEGA

<u>PROOF OF SERVICE</u>

The undersigned declares:

I am a citizen of the United States. My business address is 809 Montgomery Street, 2nd Floor, San Francisco, California 94133. I am over the age of eighteen years and not a party to the within action.

On the date set forth below, I caused a true copy of the within

>DEFENDANT RODNEY ASUEGA'S MOTION TO
>CONTINUE PRETRIAL MOTIONS, PRETRIAL
>CONFERENCE AND TRIAL DATES; DECLARATION
>OF COUNSEL IN SUPPORT THEREOF

to be served on the following parties in the following manner:

Mail ____   Overnight mail ____   Personal service ____   Fax __X__

>Tom Brady
>U.S. Attorney's Office
>300 Ala Moana Blvd, Room 6-100
>Honolulu HI 96850
>Tel 808/541-2850
>Fax 808/541-2958
>
>Rachel Schnayerson
>Pretrial Services
>Fax 213/894-0231
>
>Julie A. Wall
>Pretrial Services
>Fax 808/541-3507

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration is executed on November 1, 2006, at San Francisco, California.

_[signature]_