PHYSICIAN'S DISCHARGE RECOMMENDATIONS    DISCHARGE RECORD - PART II

ATTN: ALEX RAHN

J. AMBULATION:   Fully Ambulatory ☐   Progressive Ambulation ☐   Cannot Climb Stairs ☑   Needs Bed Care ☐
Medical Restriction: _Disability — 1 year_

K. WORKING ABILITY: May Patient Return to Usual Occupation?   Yes ☐  No ☐
Disability Permanent. Does Patient Have Rehabilitative Potential?   Yes ☐  No ☐

L. DIET: _Regular_   Calories: ___   Sodium Content: ___

M. MEDICATIONS, DRESSINGS, APPLIANCES, OR TREATMENTS. Give Directions.
- Colace 100mg BID
- Prevacid 30mg daily
- Zoloft 50mg daily
- Aranesp 200mcg SC qWk
- Oxycontin 20mg BID
- Dilaudid 20mg q2 prn
- Reglan 10mg prn N/V
- Ensure TID
- ostomy/fistula bag
- Magnesium milk prn 1 BID
- ER for fever, v/o, 1 RU
- △ mental status,
  Dehydration, pain

N. RECOMMENDED CLINIC APPOINTMENTS
- 11400 on 10/3/06 at 8:30 AM, for chemo
- Clinic 4P1 – 10/10/2006 @ 1pm c̄ CBC, CMP, CEA

O. DISCHARGE PATIENT ON: _9/__/06_ DATE
DISCHARGE PATIENT TO: ☐ Nursing Home: Closed ☐ Open ☐ Duration ___  ☑ Own Home   ☐ Another Hospital
☐ Board & Care Home: Closed ☐ Open ☐ Duration ___   ☐ Other: ___

_Signature of Resident in Charge of Case_    _Signature of Physician Completing Report_ 11:09~    Date 9/27/06

P. NURSING DISCHARGE RECORD:

| Clinic Appts Given | Medications Given | Supplies Given |
|---|---|---|
| 11400  10-3-06 / 8:30 AM | Scripts | |
| 4P1  10-10-06 / 1:00 pm | | |

Status of Patient:
Follow Simple Instructions: Yes ☑ No ☐   Patient's Behavior: WNL
Speak English Yes ☑ No ☐   Spanish Yes ☐ No ☑   Other ___   Speech: Normal ☑   Other ___
Vision: Normal ☑   Glasses ☐   Contact Lenses ☐   Glass Eye ☐   Other ___   Hearing: Normal ☑   Hearing Aid ☐
Control Bladder & Bowels: ☐ Incontinent: Urine ☐ Feces ☐ Retention Catheter ☑ Ostomy: No ☐ Yes ☑ Specify Colostomy/fistula
Feed Self: Yes ☑ No ☐   Bathe Self: Yes ☐ No ☑   Dress Self: Yes ☑ No ☐   Dentures: Upper ☐ Lower ☐ None ☑
Walk Alone: Yes ☐ No ☑   Uses: Cane ☐ Crutches ☐ Walker Aid ☐ Prosthesis ☐   Wheelchair: Yes ☑ No ☐   Pushes self ☐   Transfers self ☐
Nails (hand and feet) Clean: Yes ☑ No ☐   Hair Combed & Clean Yes ☑ No ☐   Condition of Skin: fistula/ostomy/healing abd incision
Allergies: No ☑ Yes, (Specify) ___   Decubiti: No ☐ Yes, (describe) coccyx healing
Unhealed Wounds: No ☐ Yes, (describe) abd incision
Instructed & Understands: Diet: Yes ☑ No ☐   Activity: Yes ☑ No ☐   Limitations: Yes ☑ No ☐
Clinic Appts: Yes ☑ No ☐   Medications: Yes ☑ No ☐   Supplies and Treatments: Yes ☑ No ☐

Remarks: _S/P chemo. Advised pt to return to hospital c̄ pain or N/V not controlled c̄ meds, or temp > 100.6°. Voiced understanding. Scripts to pharmacy, Appts given._

Left ward via: W/C   Left ward with: girlfriend
Discharge Date: 9-28-06   Discharge Time: ___   RN Signature: ___

Q. IDENTIFYING DATA:
Discharge Address: 525 S. Ardmore Ave # 149
Los Angeles   CA   90020   213-387-9124

Name of Institution: ___
Person To Notify: Filimona, Faustine-Fian   Relationship: Friend
525 S Ardmore Ave # 149   213-387-9124

IMPRINT I.D. CARD (NAME  MRUN  CLINIC/WARD)
ASUEGA, RODNEY T
04 29 1969      H       AM
721 92 94
GPS/GI W/PC

L-204

PAGE 2 OF 2
PATIENT'S REFERRAL COPY

DISCHARGE RECORD
204 (REV. 5)

DISCHARGE RECORD - PART 1

ATTN: ALEX RATTI

CHEST X-RAY?    Yes ☒ No ☐
DATE TAKEN:
ANY TBC?    Yes ☐ No ☐

(TO BE COMPLETED BY THE PHYSICIAN)

A. MEDICAL SUMMARY: Age __37__ Sex __M__ Race __Samoan__ Date of Admission __9/6/06__

Initial Complaint: Abd pain, weakness, FTT

Course in Hospital: 37 yo Samoan M c met Rectal cancer was managed conservatively. He was CTX tx'd pt was started on PPN and eventually tolerated Regular diet. He was started on CHEMO (FOLFIRI + cetuximab) on 9/18/06 which he tolerated with. He also developed ARF on 1/22/9 for which GU determined was 2° to post-renal obstruction. After Foley placement, Cr ↓ to 1.1. Anemia & chronic dz was managed c 2 PRBC. Started on Procrit and given Vit K. Pain was controlled c dilaudid PCA and was d/c to long acting Oxycontin. Pt also developed Depression for which he was started on Zoloft.

B. DIAGNOSIS: Metastatic Mucinous Rectal CA to lung, liver
LIST PRIMARY DIAGNOSIS FIRST
Enterocutaneous Fistula
Open Abdominal incision c ostomy bag
H/o (B) Hydronephrosis c Double J-stents replaced 8/15/06
Anemia
RLE DVT c IVC Filter    Depression

FOR MEDICAL AUDIT

C. SURGICAL PROCEDURES and/or SPECIAL DIAGNOSTIC TESTS PERFORMED THIS ADMISSION: more details (see Affinity)
9/7 CXR - new Rt pleural eff
9/7 CT chest: RLL lung nodule, sm (R) pl eff, new lesion (L) lobe of liver
9/26 U/S: (B) Hydronephrosis. (R) Pleural eff ø Hepatobiliary tract dilatation

Condition of Skin Pre-op:    Clean ☐    Contaminated ☐    Infected ☒
At Surgery:    Infection Absent ☐    Present ☐    Hollow Viscus Opened ☐    Not Opened ☐
Wound Healing:    Infection Absent ☐    Present ☒    Pus ☐    No Free Pus ☐    Redness Around Sutures ☐

D. TRANSFUSIONS GIVEN: None ☐    Number Units of Plasma ___    Number Units of Blood __2__
E. DRUG REACTIONS: No ☒    Yes ☐    Name of Drug ___    Reaction reported? Yes ☐ No ☐
(IF REACTION HAS NOT BEEN REPORTED PLEASE SEND PATIENT'S NAME AND P.F. NUMBER TO MEDICAL DIRECTOR.)
F. KNOWN ALLERGIES: __NKDA__
G. CONDITION ON DISCHARGE: __Stable__    Improving ☒    Static ☐    Deteriorating ☐
H. PROGNOSIS: __poor__    has Patient been informed of programs? Yes ☐ No ☐
I. FOR CASES OF MALIGNANCY: Tumor Localized:    Yes ☒ No ☐

No Evidence of Metastasis ☐    Metastasis Unknown ☐
Tumor Metastatic: Regional and/or Lymph Node Involvement ☒
Distant Metastasis ☒    Extent of Metastasis Unknown ☐

IMPRINT I.D. CARD (NAME MRUN CLINIC/WARD)
Asuega

ASUEGA, RODNEY T
04 29 1969    M
721 92 94
GRS/GI W/PC

(CONTINUED ON NEXT PAGE - PART II)

DISCHARGE RECORD

L-204    PAGE 1 OF 3    204 (REV. 5/06)