DISCHARGE SUMMARY - PART I

(TO BE COMPLETED BY THE PHYSICIAN)

CHEST X-RAY? Yes ☐ No ☐
DATE TAKEN:
ANY TBC? Yes ☐ No ☐

MEDICAL SUMMARY: Age 36   Sex M   Race hispanic   Date of Admission 10/31/06

Complaint: leukocytosis

Course in Hospital: 36 y/o c metastatic colon CA. Pt originally presented to clinic c leukocytosis, fever, upon admission. Cx A-10-06 most likely 2° to CA. Pt blood cultures ORSA (+) to vanco 10/18 urine (+) Pseudomonas (+) to wo 10/21 urine growth ⊕ C urine. In house Pt was treated c Vancomycin, Cefipime, Flagyl, Fluconazole. Upon d/c Pt will be d/c on Zyvox, labs, Fluconazole x 2 weeks. Pt will be seen in ID clinic and further tx's will be made. In house pt was seen by oncology rec maybe further chemo for palliation nonever after leukocytosis resolves. PRS to hospice and pt is well known to service however pt admits about further chemo. Pt also had suprapubic mass - Ultrasound @ bladder ? bowel tumor CT scan continued results. NTS consulted @ surgical intervention. CRS agrees

DIAGNOSIS: @ intervention. Palliative service consulted rec. Pain management. Upon ed/opn LIST PRIMARY DIAGNOSIS FIRST pt d/c on 2 weeks of antibiotics for Pseudomonas/fungal/ORSA and followed up at ID clinic. Pt did have continual leukocytosis, may be 2° to nephrostomy stents. Pt did not have fever for > than 72 hours. Palliative Service rec Ritalin 5mg PO BID.

1. Metastatic Colon CA.
2. Rt-2010 CA.                                        dictated
                                                       662071
SURGICAL PROCEDURES and/or SPECIAL DIAGNOSTIC TESTS PERFORMED THIS ADMISSION:

3. leukocytosis 2° to Pseudomonas UTI / (staph /ORSA blood) urine fungal
4. Decub ulcer

Condition of Skin Pre-op:   Clean ☐   Contaminated ☐   Infected ☐
At Surgery:   Infection Absent ☐   Present ☐   Hollow Viscus Opened ☐   Not Opened ☐
Wound Healing:   Infection Absent ☐   Present ☐   Pus ☐   No Free Pus ☐   Redness Around Sutures ☐
TRANSFUSIONS GIVEN: None ☐   Number Units of Plasma ____   Number Units of Blood 2
DRUG REACTIONS: No ☐   Yes ☐   Name of Drug ____   Reaction reported? Yes ☐ No ☐
(IF REACTION HAS NOT BEEN REPORTED PLEASE SEND PATIENT'S NAME AND RE NUMBER TO MEDICAL DIRECTOR.)
KNOWN ALLERGIES: NKDA
CONDITION ON DISCHARGE: fair   Improving ☐   Static ☐   Deteriorating ☐
PROGNOSIS: poor   has Patient been informed of prognosis? Yes ☐ No ☐
FOR CASES OF MALIGNANCY: Tumor Localized: Yes ☐ No ☐
No Evidence of Metastasis ☐   Metastasis Unknown ☐
Tumor Metastatic: Regional and/or Lymph Node Involvement ☐
Distant Metastasis ☒   Extent of Metastasis Unknown ☐

IMPRINT I.D. CARD (NAME MRUN CLINIC/WARD)
NOGUERA, RODNEY T
29-1959
721 92 94

(CONTINUED ON NEXT PAGE - PART II)

L-204
PATIENT'S REFERRAL COPY
PAGE 1 OF 3
DISCHARGE RECORD
204 (REV. 5/06)

J. AMBULATION:   Fully Ambulatory ☐   Progressive Ambulation ☒   Cannot Climb Stairs ☐   Needs Bed Care ☐
Medical Restriction: _____

K. WORKING ABILITY: May Patient Return to Usual Occupation?   Yes ☐ No ☐
   If Disability Permanent, Does Patient Have Rehabilitative Potential?   Yes ☐ No ☐

DIET: Regular   ICU 40 mEq PO x1   Calories: ____   Sodium Content: ____
Magnesium Oxide 400mg PO 3days

M. MEDICATIONS, DRESSINGS, APPLIANCES, OR TREATMENTS. Give Directions.
XSPASO Reglan 10mg PO Q6 PRN N/V   Ritalin 5mg PO BID
Xyrox 600mg 1 PO BID   Zoloft 50mg 1 PO daily
Levaquin 750 mg 1 PO daily   Colace 100mg 1 PO BID
Fluconazole 200 mg 1 PO daily   Nystatin swish/swallow
Prevacid 30mg 1 PO BID   Megace 800mg 1 PO daily
Aranesp 300mg Sub.Q weekly   Zinc Sulfate 200mg 1 PO daily
                               Vit. C 500mg 1 PO daily
                               MVI 1 PO daily

N. RECOMMENDED CLINIC APPOINTMENTS.
5P21
ID clinic 11/13/06 at 9:00am
Appt c Dr. Devani in 1 week post hospital D/C
CRS 11/13/06 5P51 at 1pm c Dr. Frankhouse
Urology 11/9/06 8:30am 4635 c Liu LLSC 111
Oncology 11/7/06 at 1pm Apt c Dr. Hu

O. DISCHARGE PATIENT ON: ____ DATE
DISCHARGE PATIENT TO: ☒ Nursing Home ✗ Closed ☐ Open ☐ Duration ____
☐ Board & Care Home: Closed ☐ Open ☐ Duration ____
☐ Own Home  ☐ Another Hospital
☐ Other: ____

Anvani (signature of resident)   Devani (signature of physician)   10/31/06

P. NURSING DISCHARGE RECORD:

| Clinic Appts Given | Medications Given | Supplies Given: |
|---|---|---|
|  | see above | 4x4 gauze x 2 wks<br>Colostomy bag x 2 wks<br>Tape x 5 |

Status of Patient:
Follow Simple Instructions: Yes ☒ No ☐   Patient's Behavior: Cooperative
Speaks English Yes ☒ No ☐   Spanish Yes ☐ No ☐   Other ____   Speech: Normal ☒ Other: ____
Vision: Normal ☒   Glasses ☐   Contact Lenses ☐   Glass Eye ☐ Other: ____   Hearing: Normal ☒ Hearing Aid ☐
Control Bladder & Bowels: ☐ Incontinent: Urine ☐ Feces ☐ Retention Catheter ☐ Ostomy: No ☐ Yes ☐ Specify ____
Feed Self: Yes ☐ No ☐   Bathe Self: Yes ☐ No ☐   Dress Self: Yes ☐ No ☐   Dentures: Upper ☐ Lower ☐ None ☐
Walk Alone: Yes ☐ No ☐   Uses: Cane ☐ Crutches ☐ Walker Aid ☐ Prosthesis ☐   Wheelchair: Yes ☐ No ☐ Pushes self ☐ Transfers self ☐
Nails (hand and feet) Clean: Yes ☐ No ☐   Hair Combed & Clean Yes ☐ No ☐   Condition of Skin ____
Allergies: No ☐ Yes, (Specify) ____
Unhealed Wounds: No ☐ Yes, (describe) ____   Decubiti: No ☐ Yes, (describe) ____
Instructed & Understands: Diet: Yes ☐ No ☐   Activity: Yes ☐ No ☐   Limitations: Yes ☐ No ☐
Clinic Appts: Yes ☐ No ☐   Medications: Yes ☐ No ☐   Supplies and Treatments: Yes ☐ No ☐

Remarks: Pt/family instructed on above meds/appts & F/U dressing As also instructed to return to ER should the need for medical help arise - verbalized understanding

Left ward via ____   Left ward with ____
Discharge Date 10/31/06   Discharge Time ____   RN Signature ____

Q. IDENTIFYING DATA
Discharge Address 525 S Ardmore Ave #149
                   Number        Street
Los Angeles, CA. 90020  (213) 387-9124
City         State              Phone

Name of Institution ____
Person To Notify ____
Name ____   Relationship ____
Address ____   Phone ____

323-824-0595

IMPRINT I.D. CARD (NAME, MRUN, CLINIC/WARD)
Asuega Rodney
ASUEGA
721-92-94