ORIGINAL

JAMES BUSTAMANTE, CA SBN 133675
809 Montgomery, 2nd Floor
San Francisco CA 94133
Telephone: 415/394-3800

Attorney for Defendant
RODNEY ASUEGA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 0 6 2006

at 11 o'clock and 00 min A M
SUE BEITIA, CLERK

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>RODNEY ASUEGA,<br><br>        Defendant.<br>_____/ | CR 02-00098 HG<br><br>SUPPLEMENTAL EXHIBIT IN SUPPORT OF DEFENDANT'S MOTION TO CONTINUE PRETRIAL MOTIONS, PRETRIAL CONFERENCE, AND TRIAL DATES |

      Defendant Rodney Asuega hereby submits this supplemental exhibit (attached Exhibit C), a memorandum from Glenn T. Ault, MD, MSEd, in support of his motion to continue pretrial motions, pretrial conference and trial dates, filed on or about November 2, 2006.

      Dated: November 3, 2006

                                        Respectfully submitted,

                                        JAMES BUSTAMANTE
                                        Attorney for Defendant
                                        RODNEY ASUEGA