PROOF OF SERVICE

The undersigned declares:

I am a citizen of the United States. My business address is 809 Montgomery Street, 2nd Floor, San Francisco, California 94133. I am over the age of eighteen years and not a party to the within action.

On the date set forth below, I caused a true copy of the within

SUPPLEMENTAL EXHIBIT IN SUPPORT OF
DEFENDANT'S MOTION TO CONTINUE PRETRIAL
MOTIONS, PRETRIAL CONFERENCE, AND TRIAL
DATES

to be served on the following parties in the following manner:

Mail ___   Overnight mail ___   Personal service ___   Fax _X_

>   Tom Brady
>   U.S. Attorney's Office
>   300 Ala Moana Blvd, Room 6-100
>   Honolulu HI 96850
>   Tel 808/541-2850
>   Fax 808/541-2958
>
>   Rachel Schnayerson
>   Pretrial Services
>   Fax 213/894-0231
>
>   Julie A. Wall
>   Pretrial Services
>   Fax 808/541-3507

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration is executed on November 3, 2006, at San Francisco, California.

_[signature]_