ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 09 2006

at \_\_1\_\_ o'clock and \_\_00\_\_ min A M
SUE BEITIA, CLERK

LODGED

NOV 0 2 2006

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>RODNEY ASUEGA,<br><br>        Defendant.<br>_____/ | No. CR 02-00098 HG<br><br>[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO CONTINUE MOTIONS, PRETRIAL CONFERENCE AND TRIAL DATES |

      Based upon the reasons stated in the Declaration of Counsel in Support of Defendant's Motion to Continue Motions, Pretrial Conference and Trial Dates, including, the agreement of the Government to the requested continuance, this Court grants Defendant Rodney Asuega's Motion to Continue.

      IT IS HEREBY ORDERED that the trial date be continued from December 5, 2006, until June __5__, 2007 @ 9:00 a.m.

      IT IS FURTHER ORDERED that the final pretrial conference be set for __May 7__, 2007 at 10:00 a.m., before the Honorable Magistrate Judge Kevin S.C. Chang. The final pretrial conference before the Honorable Judge Helen Gillmor is set for __May 25__, 2007 at 8:30 a.m. Pretrial motions are due by

<u>April 24</u>, 2007, followed by the Government's response due by <u>May 8</u>, 2007.

IT IS FURTHER ORDERED that the period of delay from December 5, 2006 until June <u>5</u>, 2007, is excludable time for the purpose of computing the time limitations imposed by the Speedy Trial Act, 18 U.S.C. §§ 3161-3174. The Court finds that to ensure effective preparation for trial (Title 18 U.S.C. § 3161(h)(8)(B)(iv)) and to accommodate defendant Rodney Asuega's health related issues (§ 3161 (h)(1)(A)), that the ends of justice are served and by granting such a continuance outweighs the defendant's and the public's interest in a speedy trial.

SO ORDERED at Honolulu, Hawaii, November <u>8</u>, 2006.

_____
HELEN GILLMOR
Chief U.S. District Court Judge

CRIM. NO. 02-00098 HG; <u>United States v. Rodney Asuega</u>
Order Granting Defendant's Motion to Continue Motions, Pretrial Conference and Trial Dates

2