ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 22 2006

at \_\_\_ o'clock and \_\_\_ min. \_\_M
SUE BEITIA, CLERK

LODGED

NOV 21 2006

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

RODNEY ASUEGA,

        Defendant.

_____/

No. CR 02-00098 HG

STIPULATION AND ORDER
MODIFYING CONDITIONS
OF RELEASE

     IT IS HEREBY STIPULATED AND AGREED, by and between the government, through Assistant United States Attorney Thomas J. Brady, and defendant Rodney Asuega, through attorney James Bustamante, that defendant's conditions of pretrial release be modified to eliminate electronic monitoring and to allow him to leave his residence with prior approval of Pretrial Services.

1

All other conditions are to remain the same.

The reasons for this stipulation are advanced in the accompanying declaration.

_____  
JAMES A. BUSTAMANTE  
Attorney for RODNEY ASUEGA  
Dated: November 20, 2006

_____  
THOMAS J. BRADY  
Assistant U.S. Attorney  
Dated:

### ORDER

**IT IS SO ORDERED.**

Dated:

_____  
KEVIN S.C. CHANG  
Magistrate Judge  
U.S. District Court

All other conditions are to remain the same.

The reasons for this stipulation are advanced in the accompanying declaration.

_____
JAMES A. BUSTAMANTE
Attorney for RODNEY ASUEGA
Dated: November 20, 2006

_____
THOMAS J. BRADY
Assistant U.S. Attorney
Dated:

ORDER

**IT IS SO ORDERED.**

Dated:

_____
KEVIN S.C. CHANG
Magistrate Judge
U.S. District Court

2

PROOF OF SERVICE

The undersigned declares:

I am a citizen of the United States. My business address is 809 Montgomery Street, 2nd Floor, San Francisco, California 94133. I am over the age of eighteen years and not a party to the within action.

On the date set forth below, I caused a true copy of the within

    STIPULATION AND ORDER MODIFYING
    CONDITIONS OF RELEASE

to be served on the following parties in the following manner:

Mail ___   Overnight mail ___   Personal service ___   Fax _X_

    Tom Brady
    U.S. Attorney's Office
    300 Ala Moana Blvd, Room 6-100
    Honolulu HI 96850
    Tel 808/541-2850
    Fax 808/541-2958

    Rachel Schnayerson
    Pretrial Services
    Fax 213/894-0231

    Julie A. Wall
    Pretrial Services
    Fax 808/541-3507

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration is executed on November 20, 2006, at San Francisco, California.

                                                          _____