PROOF OF SERVICE

The undersigned declares:

I am a citizen of the United States. My business address is 809 Montgomery Street, 2nd Floor, San Francisco, California 94133. I am over the age of eighteen years and not a party to the within action.

On the date set forth below, I caused a true copy of the within

>	DEFENDANT RODNEY ASUEGA'S MOTION TO
>	DISMISS; DECLARATION OF COUNSEL IN
>	SUPPORT THEREOF; ATTACHED CERTIFICATE OF
>	DEATH; ORDER GRANTING MOTION TO DISMISS

to be served on the following parties in the following manner:

Mail ___   Overnight mail ___   Personal service ___   Fax  X

>	Tom Brady
>	U.S. Attorney's Office
>	300 Ala Moana Blvd, Room 6-100
>	Honolulu HI 96850
>	Tel 808/541-2850
>	Fax 808/541-2958
>
>	Rachel Schnayerson
>	Pretrial Services
>	Fax 213/894-0231
>
>	Julie A. Wall
>	Pretrial Services
>	Fax 808/541-3507

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration is executed on February 13, 2007, at San Francisco, California.

_[signature]_