EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Drug/Organized Crime Section

THOMAS J. BRADY #4472
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
tom.brady@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. 02-00098-01 HG |
|---|---|---|
| | ) | |
| Plaintiff, | ) | GOVERNMENT'S RESPONSE TO |
| | ) | DEFENDANT RODNEY ASUEGA'S |
| vs. | ) | MOTION TO DISMISS; CERTIFICATE |
| | ) | OF SERVICE |
| RODNEY ASUEGA,       (01), | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

GOVERNMENT'S RESPONSE TO DEFENDANT
RODNEY ASUEGA'S MOTION TO DISMISS

Defendant RODNEY ASUEGA (hereinafter "ASUEGA") has moved to dismiss the pending Indictment charging ASUEGA with several counts involving federal narcotics offenses in the above-entitled matter.  The United States respectfully submits that it has read and reviewed Defendant ASUEGA's motion to dismiss and attached exhibit and has no objection to his motion.  The United States of America, by and through its attorneys,

hereby concurs with the recommendation that the Indictment as it relates to Defendant Rodney Asuega be dismiss without prejudice.

DATED: February 20, 2007, at Honolulu, Hawaii.

Respectfully submitted,

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii


By /s/ Thomas J. Brady
   THOMAS J. BRADY
   Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

        I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known address:

Served by U.S. Mail

| | |
|---|---|
| JAMES A. BUSTAMANTE, ESQ.<br>Bustamante, Gilg, Rahn, Judd,<br>    Schultz & Meier<br>809 Montgomery Street, 2nd Floor<br>San Francisco, California 94133<br><br>Attorney for Defendant<br>RODNEY ASUEGA | February 20, 2007 |

        DATED: February 20, 2007, at Honolulu, Hawaii.

                                              /s/ Shelli Ann H. Mizukami