ORIGINAL

cc: HG

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 22 2007

at 12 o'clock and 10 min. P M
SUE BEITIA, CLERK

JAMES BUSTAMANTE, CA SBN 133675
809 Montgomery, 2nd Floor
San Francisco CA 94133
Telephone 415/394-3800
Facsimile 415/394-3806

Attorney for Defendant
RODNEY ASUEGA

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RODNEY ASUEGA,<br><br>Defendant. | No. CR 02-00098 HG<br><br>DEFENDANT RODNEY ASUEGA'S ATTACHED REDACTED CERTIFICATE OF DEATH IN SUPPORT OF MOTION TO DISMISS |

Subsequent to filing defendant Rodney Asuega's motion to dismiss the Indictment, including, the attached original Certificate of Death, the Court Clerk requested that we file a redacted Certificate of Death, redacting personal information, including, Mr. Asuega's social security number, date of birth and address information other than cities and states. Attached hereto is the redacted Certificate of Death (Exhibit A).

Dated: February 21, 2007

JAMES A. BUSTAMANTE
Attorney for Defendant
RODNEY ASUEGA