# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

# COUNTY OF LOS ANGELES
## DEPARTMENT OF HEALTH SERVICES

**CERTIFICATE OF DEATH** — STATE OF CALIFORNIA — 3 2006 19 052635

**DECEDENT'S PERSONAL DATA**

1. NAME OF DECEDENT – FIRST (Given): Rodney
2. MIDDLE: Tutuila
3. LAST (Family): Asuega
4. DATE OF BIRTH: [redacted]/969
5. AGE Yrs.: 37
6. SEX: M
9. BIRTH STATE/FOREIGN COUNTRY: California
10. SOCIAL SECURITY NUMBER: [redacted]
11. EVER IN U.S. ARMED FORCES?: NO (X)
12. MARITAL STATUS/SRDP: Never Married
7. DATE OF DEATH: 12/27/2006
8. HOUR (24 Hours): 1350
13. EDUCATION: HS Graduate
14/15. WAS DECEDENT HISPANIC/LATINO(A)/SPANISH?: NO (X)
16. DECEDENT'S RACE: Samoan
17. USUAL OCCUPATION: Producer
18. KIND OF BUSINESS OR INDUSTRY: Music
19. YEARS IN OCCUPATION: 10

**USUAL RESIDENCE**

20. DECEDENT'S RESIDENCE: [redacted]
21. CITY: Los Angeles
22. COUNTY/PROVINCE: Los Angeles
23. ZIP CODE: 90020
24. YEARS IN COUNTY: 30
25. STATE/FOREIGN COUNTRY: CA

**INFORMANT**

26. INFORMANT'S NAME, RELATIONSHIP: Vera Hisatake – Mother
27. INFORMANT'S MAILING ADDRESS: [redacted], San Francisco, CA 94134

**SPOUSE/SRDP AND PARENT INFORMATION**

28. NAME OF SURVIVING SPOUSE/SRDP – FIRST: —
31. NAME OF FATHER/PARENT – FIRST: Hale
33. LAST: Hisatake
34. BIRTH STATE: Pago Pago
35. NAME OF MOTHER/PARENT – FIRST: Falemalama
37. LAST (BIRTH NAME): Hisatake
38. BIRTH STATE: Pago Pago

**FUNERAL DIRECTOR / LOCAL REGISTRAR**

39. DISPOSITION DATE: 01/06/2007
40. PLACE OF FINAL DISPOSITION: Cypress Lawn Memorial Park, 1370 El Camino, Colma, CA 94014
41. TYPE OF DISPOSITION(S): Burial
42. SIGNATURE OF EMBALMER: Not Embalmed
44. NAME OF FUNERAL ESTABLISHMENT: Universal Chung Wah Funeral Home
45. LICENSE NUMBER: FD-37
46. SIGNATURE OF LOCAL REGISTRAR: Jonathan E Fielding MD
47. DATE: 12/29/2006

**PLACE OF DEATH**

101. PLACE OF DEATH: Residence
103. IF OTHER THAN HOSPITAL, SPECIFY ONE: Decedent's Home (X)
104. COUNTY: Los Angeles
105. FACILITY ADDRESS: [redacted]
106. CITY: Los Angeles

**CAUSE OF DEATH**

107. CAUSE OF DEATH:
(A) IMMEDIATE CAUSE: Cardio Respiratory Failure — Mins.
(B) Metastatic Colorectal Cancer — Months
108. DEATH REPORTED TO CORONER?: NO (X)
109. BIOPSY PERFORMED?: NO (X)
110. AUTOPSY PERFORMED?: NO (X)
111. USED IN DETERMINING CAUSE?: NO (X)
112. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH: None
113. WAS OPERATION PERFORMED FOR ANY CONDITION IN ITEM 107 OR 112?: Colectomy 06/03/2005, Bowel Tumor Removed 03/04/2006, Bowel Perforation Surgery 08/01/2006
113A. IF FEMALE, PREGNANT IN LAST YEAR?: —

**PHYSICIAN'S CERTIFICATION**

114. Decedent Attended Since: 06/03/2005 — Decedent Last Seen Alive: 12/19/2006
115. SIGNATURE AND TITLE OF CERTIFIER: M.D.
116. LICENSE NUMBER: A946850
117. DATE: 12/28/2006
118. TYPE ATTENDING PHYSICIAN'S NAME, MAILING ADDRESS, ZIP CODE: David Masiello, M.D., 1200 N. State St., Los Angeles, CA 90033

**CORONER'S USE ONLY**

119. MANNER OF DEATH: —
120. INJURED AT WORK?: —
121. INJURY DATE: —
122. HOUR: —
123. PLACE OF INJURY: —
124. DESCRIBE HOW INJURY OCCURRED: —
125. LOCATION OF INJURY: —
126. SIGNATURE OF CORONER / DEPUTY CORONER: —
127. DATE: —
128. TYPE NAME, TITLE OF CORONER / DEPUTY CORONER: —

FAX AUTH.#: *HD0559990*

---

This is a true certified copy of the record filed in the County of Los Angeles Department of Health Services if it bears the Registrar's signature in purple ink.

Jonathan E Fielding MD
VC

DATE ISSUED: JAN -2 2007

Director of Health Services and Registrar

This copy not valid unless prepared on engraved border displaying seal and signature of Registrar.