PROOF OF SERVICE

The undersigned declares:

I am a citizen of the United States.  My business address is 809 Montgomery Street, 2nd Floor, San Francisco, California 94133.  I am over the age of eighteen years and not a party to the within action.

On the date set forth below, I caused a true copy of the within

DEFENDANT RODNEY ASUEGA'S ATTACHED
REDACTED CERTIFICATE OF DEATH IN SUPPORT
OF MOTION TO DISMISS

to be served on the following parties in the following manner:

Mail ____   Overnight mail ____   Personal service ____   Fax  X

        Tom Brady
        U.S. Attorney's Office
        300 Ala Moana Blvd, Room 6-100
        Honolulu HI 96850
        Tel 808/541-2850
        Fax 808/541-2958

        Rachel Schnayerson
        Pretrial Services
        Fax 213/894-0231

        Julie A. Wall
        Pretrial Services
        Fax 808/541-3507

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration is executed on February 21, 2007, at San Francisco, California.