ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 2 6 2007

LODGED at 11 o'clock and 41 min __M
SUE BEITIA, CLERK

FEB 26 2007
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RODNEY ASUEGA,

    Defendant.

No. CR 02-00098 HG

ORDER GRANTING
MOTION TO DISMISS

Based upon defendant's Motion to Dismiss, including, the Certificate of Death attached thereto as Exhibit A, showing that Rodney Asuega was pronounced dead on December 27, 2006, this Court grants defendant's motion.

IT IS HEREBY ORDERED that the Indictment, charging Rodney Asuega in the above-captioned case, is hereby dismissed with prejudice.

SO ORDERED at Honolulu, Hawaii, February 23, 2007.

HELEN GILLMOR
Chief U.S. District Court Judge