RECORDED AT THE REQUEST OF:
WHEN RECORDED RETURN TO:

VANESSA PORTILLO
266 Hahn Street
San Francisco CA 94134

## RECONVEYANCE OF DEED OF TRUST

The Clerk, United States District Court, as Trustee under the Deed of Trust executed by Vanessa Portillo, as Trustor, and recorded on May 26, 2005, as Document No. 2005-H961498-00, Official Records of the County of San Francisco, California, having been requested in writing by the holder of the obligation(s) secured by said Deed of Trust, to reconvey this estate granted to the Trustee under said Deed of Trust, DOES HEREBY RECONVEY to the person(s) legally entitled thereto, without warranty, all the estate, title and interest acquired by the Trustee under said Deed of Trust.

Dated: May 2, 2007

_____
Sue Beitia, Clerk
United States District Court
District of Hawaii

STATE OF HAWAII
                    SS
CITY AND COUNTY OF HONOLULU

On this 2nd day of May , 2007, before me personally appeared Sue Beitia, to me known to be the person(s) described in and who executed the foregoing instrument and acknowledged that she executed the same as her free act and deed.

Witness my hand and seal.

_____
Eileen Chun Sakoda
Notary Public, State of Hawaii
My commission expires: 3-20-2008